40 F.3d 1241
 Rust/Lucky, a Joint Venture Composed of Rust International
Corporation (Delaware), Lucky Engineering Company, Ltd.,
Rust Engineering Company, WTI Rust Holdings, Inc. (former
Rust International Corporation), National Union Fire
Insurance Company of Pittsburgh, Pennsylvania, as Subrogee
of Rust/Lucky, A Joint Venture, Epsilon Products Company, A
Joint Venture, Epsilon Products Company, Composed of Bar-L,
Inc., CMB, Inc.
v.
Williams Crane and Rigging, Inc., Cornell and
 NO. 94-1413
 United States Court of Appeals,
Third Circuit.
 Oct 28, 1994
 
 Appeal From: E.D.Pa., No. 90-07723,
 Yohn, J.
 
 
 1
 AFFIRMED.